IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SALVADOR SANCHEZ,

    Plaintiff,

v.                                                                CV No. 19-596 KRS/CG

UNITED SUPERMARKETS, L.L.C., et al.,

    Defendants.

## **ORDER SETTING TELEPHONIC STATUS CONFERENCE**

**THIS MATTER** is before the Court having conferred with counsel about a mutually-convenient date, time, and location. **IT IS HEREBY ORDERED** that a status conference will be held by telephone on **Monday, October 7, 2019, at 2:00 p.m.**

Parties shall call Judge Garza's AT&T Teleconference line at (877) 810-9415, follow the prompts, and enter the Access Code 7467959, to be connected to the proceedings.

                                                 _____
                                                 THE HONORABLE CARMEN E. GARZA
                                                 CHIEF UNITED STATES MAGISTRATE JUDGE