## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

SALVADOR SANCHEZ,

    Plaintiff,

v.                                                       CV No. 19-596 KRS/CG

UNITED SUPERMARKETS, L.L.C., et al.,

    Defendants.

### ORDER VACATING SETTLEMENT CONFERENCE

**THIS MATTER** is before the Court upon notice that this case has settled.

**IT IS THEREFORE ORDERED** that the telephonic status conference set for **November 14, 2019, at 2:00 p.m.**, and the settlement conference scheduled for **Thursday, November 21, 2019, at 9:00 a.m.**, are hereby **VACATED**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE