**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

SALVADOR SANCHEZ,

    Plaintiff,

v.                                                             CV No. 19-596 KRS/CG

UNITED SUPERMARKETS, L.L.C., et al.,

    Defendants.

## ORDER TO SUBMIT CLOSING DOCUMENTS

**THIS MATTER** is before the Court upon notice that this case has settled.

**IT IS THEREFORE ORDERED** that closing documents are to be filed **no later than December 5, 2019**, absent a request showing good cause for an extension.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE